UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Rafael Medina Ramirez,

                      Plaintiff,

     -against-

Nahid Furniture Inc; Ali Furniture Corp;
Nahid Fabrics Fashion & Furniture Inc;
Abidul Islam Ali; and Sazzad Ali,

                      Defendants.
-------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

24-CV-04907 (RER) (MMH)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated March 17, 2026, (ECF No.14 ("R&R")), Magistrate Judge Marcia M. Henry recommended that the Court grant in part and deny in part Plaintiff's motion for default judgment. (*Id.*) Judge Henry advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety.

Plaintiffs motion for default judgment at ECF No. 11 is **granted in part and denied in part** as follows: (1) the Clerk of Court is respectfully directed to enter the proposed default judgment at ECF No. 11-9 (as amended) against Defendants Nahid Furniture Inc., Ali Furniture Corp, Nahid Fabrics Fashion & Furniture Inc., Abidul Islam Ali, and Sazzad Ali, and (2) Plaintiff is awarded damages in the amount of **$216,780.70**, which includes:

(a) **$31,029.60** in unpaid minimum wages; (b) **$55,714.80** for unpaid overtime wages;
(c) **$86,744.40** in liquidated damages; (d) **$39,099.40** in pre-judgment interest to increase
by **$21.39** per day until the entry of judgment; (e) **$3,187.50** in attorney fees;
(f) **$1,005.00** in costs; (g) post-judgment interest at the rate set forth in 28 U.S.C. §
1961(a); and (h) an increase of 15% of any unpaid amount of the judgment still pending
after 90 days following the entry of judgment, per NYLL § 198(4). All other requests for
relief are **denied**.

The Clerk of Court is respectfully directed to enter judgment as noted and to close
this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: March 31, 2026
        Brooklyn, New York